# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CAROLYN J. HUMPHREY,

    Plaintiff,

v.

VT GRIFFIN SERVICES,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.:3:07-cv-00120-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel

by Deputy Clerk

2/11/08
_____
Date